# Chapter 13 Plan

Rebecca Thomas          16-14067mdc

0

JUN 15 2016

Total          0

Rebecca Thomas          7/15/16