Revised as of September 6, 2016

Fax# 215.572.5025
Court date 9/22/16 @ 9:30 a.m.

July 24, 2016

Chapter 13 Plan

Case number 16-14067-MDC

Rebecca Thomas
5445 Quentin Street
Philadelphia, PA  19128

I suffered a hardship and was working with a representative for Christiana Trust, A Division of Wilmington Savings Fund Society, FBS, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10, Servicing Company, and Servicing Company, Selence Finance.

May '2015 to present year, never received correct documents per my QWR letters sent. Selence Finance respond that didn't have the correct documents about my mortgage and I had to contact the other companies. <u>This is a "Qualified Written Request" pursuant to the Real Estate Settlement Procedures Act, 12, U.S.C. § 2605(e). Residential Credit Solutions is the servicer of the mortgage loan at the above address. I dispute the amount that is owed according to the Monthly Billing Statement and request that you send me an itemization of the following.</u>

I, Rebecca Thomas respectfully requesting the Honorable U.S. Bankruptcy Court for The Eastern District of Pennsylvania stay inforce. It appears a lot is happening in the dark and I'm trying to bring into the light. I'm hoping to Right the Wrong that keep happening to me and my children. Please allow me the right to present my case and exercising my right that I was denied.

Please see the attached, document from the Servicing Company Selence Finance.

Chapter 13 Plan

$1.00

In response to Stern & Eisenberg, PC, Mr. William E. Miller, Esquire, letter dated July 20, 2016, false.

Respectfully,

*Rebecca Thomas*
Rebecca Thomas

9/6/16