1 of 2

*Fax # 215.572.5025* ℗

Bankruptcy No. 16-14067-MDC

September 6, 2016

*Court date 9/22/16 @ 9:30 a.m* ℗

Rebecca Thomas
5445 Quentin Street
Philadelphia, PA  19128
Debtor

Vs.

*SEP - 6 2016*

Creditors
EMC Mortgage Corporation
2780 Lake Vista Drive
Lewisville, TX  75067
Re:  Loan#  2993426

Residential Credit Solutions
4282 North Freeway
Fort Worth, TX  76137
Re:  Loan#  2000197486

Christiana Trust
A Division of Wilmington Savings Fund Society,
FBS, as Trustee for Normandy Mortgage Loan Trust,
Series 2013-10
Re:  No loan number

Attn: Mr. Jorge
Selene Finance (???)
9990 Richmond Avenue, Suite 400S
Houston, TX  77042
Re:  Loan#  10100683

**DEBTOR REQUEST FOR PRODUCTION OF DOCUMENTS, PAYMENTS, AND OTHER
DOCUMENTS DIRECTED TO CREDITOR(S).**

You are requested to produce, in accordance with Pennsylvania Rule of Civil Procedure 4009, the
originals or clear, readable copies of the below listed documents and/or items unless protected by the
attorney-client privilege or the work product doctrine.  These documents and/or items with b
examined and/or photocopied; photograph negatives will be processed and photographs reproduced,
videotapes and audiotapes shall be viewed and /or heard and a copy made.  The below listed
documents and/or items are to be produced at Debtor's home on or before 10 days from the date of
service herein.  All evidence for the the time of trial.

1. How much money is due?

2. How many mortgage companies for the property address at 5445 Quentin Street Philadelphia,
   PA  19128?

Fax # 215.572.5025 ℗

Bankruptcy No. 16-14067-MDC

September 6, 2016

3. Original loan documents, including all documents from brokers/agents prior to November 26, 1997, but not limited to-including closing documents, agreement of sale, HUD1 Settlement Statement, and all payments made prior to December 25, 1997;

4. A completed payment history, including but not limited to the dates and amounts of all the payments made on the loan to date;

5. A breakdown of the amount of claimed arrears or delinquencies, including an itemization of all fees charged to the account, from

6. An explanation of how the amount due on the Monthly Billing Statement was calculated and an explanation of why this amount has increased since the loan originated;

7. The payment dates, purpose of payment and recipient of all escrow items charged to my account since the loan originated;

8. The payment dates purpose of payment and recipient of all escrow items charged to our account since the loan originated;

9. A breakdown of the current escrow charge showing how it is calculated and the reasons for any increase since January 1998;

10. A copy of an annual escrow statements and notices of a shortage, deficiency or surplus sent to me within the last ten (10) years as of July 26, 2012.

11. A breakdown of the insurance check from State Farm in the amount of $91,683.67.

12. A breakdown of the mortgage interest and 1098 taxes for the last 19 years and mortgage company/agency names;

13. Was my federal rights & civil rights violated?

Respectfully,

Rebecca Thomas