Rebecca Thomas                                16-14067MDC

Chapter 13 Plan
Amendment

Per my telephone conversation on 9/20/16, with Ms. Chambers(?)

EMC Mortgage Company - 2993426

Residential Credit Solutions - 200019748&

Christiana Trust A Division - never had an account number

Selene Finance - 10100683                    SEP 21 2016

HEMAP - PA Housing Finance Agency
211 North Front St.
Harrisburg, PA 17105-5530

PECO                          Water Revenue Bureau
P.O. Box 16468                City of Philadelphia
Pittsburg, PA 15242           P.O. Box 41496
                              Phila., PA 19101
Phila., Gas Works
P.O. Box 1170                 Total $100.00
Newark, NJ 07101   Rebecca Thomas 9/21/16