Chapter 13 Plan

Case # 16-14067

Rebecca Thomas
5445 Quentin St.
Phila., PA 19128

Total amt of 100.00 for 60 months

*Rebecca Thomas* (signature)

DEC -8 2016